No. 266, Misc.  GIRON v. COLORADO.  Supreme Court of Colorado.  Certiorari denied.  Petitioner *pro se*. *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John E. Bush,* Assistant Attorney General, for respondent.

No. 273, Misc.  SCHUETTE v. WARDEN, MARYLAND PENITENTIARY.  Circuit Court for Baltimore County, Maryland.  Certiorari denied.

No. 274, Misc.  BYRD v. ALABAMA.  Supreme Court of Alabama.  Certiorari denied.  Petitioner *pro se*. *Richmond M. Flowers,* Attorney General of Alabama, and *David W. Clark,* Assistant Attorney General, for respondent.

No. 276, Misc.  HUGHES ET AL. v. MICHIGAN.  Circuit Court of Kalamazoo County, Michigan.  Certiorari denied.  *James B. Stanley* for petitioners.

No. 277, Misc.  HAMBY v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 279, Misc.  KNAPP v. UNITED STATES; and
No. 300, Misc.  PISELLI v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *H. Elliot Wales* for petitioner in No. 279, Misc.  Petitioner *pro se* in No. 300, Misc. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.  Reported below: 316 F. 2d 606.

No. 284, Misc.  WOMACK v. OREGON.  Supreme Court of Oregon.  Certiorari denied.